RECEIVED

DEC - 1 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **CLARA JACKSON** | **CIVIL ACTION NO. 09-0503** |
| **VERSUS** | **JUDGE DOHERTY** |
| **OUTBACK STEAKHOUSE,** **OS RESTAURANT SERVICES, INC.** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of objection to the report and recommendation, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Defendant Outback Steakhouse's Motion to Dismiss Pursuant to Rule 12(b)(6) [Rec Doc. 8] is **GRANTED** as follows:

1)   Plaintiff's federal law claims are **DISMISSED WITH PREJUDICE**;
2)   Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

Lafayette, Louisiana, this ___ day of ___December___, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE